UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __22-mj-02068 Goodman__

UNITED STATES OF AMERICA

vs.

JUAN ENRIQUE EPINAYU,
HERNANDEZ ROBALLO NICOMEDES,
JOSE ANTONIO GRANADOS IPUANA,
RIQUELVIS ALFONSECA, and
DOMINGO MARTINEZ PERALTA,

    **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?   ___ Yes   _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?   ___ Yes   _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?   ___ Yes   _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Michele Vigilance*
      Michele S. Vigilance
      Assistant United States Attorney
      Court ID No.: A5502091
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 432-1406
      michele.vigilance@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUAN ENRIQUE EPINAYU,<br>HERNANDEZ ROBALLO NICOMEDES,<br>JOSE ANTONIO GRANADOS IPUANA,<br>RIQUELVIS ALFONSECA, and<br>DOMINGO MARTINEZ PERALTA.<br><br>*Defendant(s)* | Case No. 22-mj-02068 Goodman |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __January 7, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Alec Sanchez
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__.

Date: 01/14/2022

*Judge's signature*

City and state: Miami, Florida     Hon. Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Juan Enrique EPINAYU, Nicomedes HERNANDEZ-Roballo, Jose Antonio GRANADOS-Ipuana, Riquelvis ALFONSECA, and Domingo MARTINEZ-Peralta** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about January 7, 2022, a U.S. Maritime Patrol Aircraft (MPA) located a north bound go-fast vessel (GFV) approximately 50 nautical miles south of Oviedo, Dominican

Republic in international waters, displaying no indicia of nationality, and upon the high seas. The USS Milwaukee, with embarked law enforcement detachment 402 (LEDET 402) was diverted to investigate. Once in the vicinity, the USS Milwaukee launched its helicopter and rigid-hulled inflatable boat (RHIB) with boarding team. At this time, the boarding team observed the GFV jettisoning packages prior to the boarding team arriving on position and gaining positive control of the GFV.

4. The boarding team was then able to gain positive control of the GFV and reported five (5) persons on board who were later identified as **Juan Enrique EPINAYU, Nicomedes HERNANDEZ-Roballo, Jose Antonio GRANADOS-Ipuana, Riquelvis ALFONSECA, and Domingo MARTINEZ-Peralta.** The master was identified as EPINAYU, who made a claim of Colombian nationality for the GFV. The government of Colombia was contacted and stated that they could not confirm nor deny registration of the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

5. The USS Milwaukee was able to recover a total of ten (10) bales with a total at sea weight of approximately 315 kilograms of suspected cocaine. Two field tests were conducted on the contraband which yielded positive result for cocaine. All five individuals, along with the suspected cocaine, were transferred to the USS Milwaukee.

6.      Based on the foregoing facts, I submit that probable cause exists to believe **Juan Enrique EPINAYU, Nicomedes HERNANDEZ-Roballo, Jose Antonio GRANADOS-Ipuana, Riquelvis ALFONSECA, and Domingo MARTINEZ-Peralta** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __14th__ day of January 2022.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTARTE JUDGE

3